UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OPERATING ENGINEERS' LOCAL 324 FRINGE BENEFIT FUNDS, and TRUSTEES OF OPERATING ENGINEERS' LOCAL 324 FRINGE BENEFIT FUNDS, | Case No. 21-cv-12287<br><br>Honorable Nancy G. Edmunds |
| Plaintiffs, | |
| v. | |
| UNIQUE CONSTRUCTION AND SERVICES, LLC, and JIHAD ISSA, | |
| Defendants.<br>_____/ | |

## DEFAULT JUDGMENT

In accordance with the order granting Plaintiffs' motion for default judgment entered on this date,

It is hereby ORDERED AND ADJUDGED that judgment in the amount of $12,905.22 is entered in favor of Plaintiffs Operating Engineers' Local 324 Fringe Benefit Funds and Trustees Of Operating Engineers' Local 324 Fringe Benefit Funds and against Defendants Unique Construction and Services, LLC, and Jihad Issa.

This case is hereby DISMISSED.

**SO ORDERED**.

                                            s/ Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: June 13, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 13, 2022, by electronic and/or ordinary mail.

    s/ Lisa Bartlett
    Case Manager